UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>SHAUN DEATON )<br>)<br>Defendant. )<br>_____) | No.   22-cr-335, 22-mj-212 |

### DEFENDANT'S MOTION FOR EXPEDITED SENTENCING FOLLOWING ACCEPTANCE OF GUILTY PLEA

Defendant Shaun Deaton, by counsel, respectfully moves this Court to approve his request to waive preparation of a Presentence Report ("PSR") and proceed to immediate sentencing following acceptance of his guilty plea.[1]

BACKGROUND

On October 17, 2022, Shaun Deaton is scheduled to enter a guilty plea under a plea agreement, to a criminal Information charging him with Destruction of Government Property in violation of 18 U.S.C. §1361. The possible penalties for this misdemeanor are: a maximum term of imprisonment of one (1) year, a fine of $100,000 or twice the pecuniary gain or loss of the offense, and up to one (1) year of supervised release.

This charge arose after Mr. Deaton was arrested while using regular household paint to write on the Washington Monument. Since the offense, the Washington Monument has been cleaned and restored to its original state.

Both sides agree that under the Sentencing Guidelines, the defendant's range is 4-10 months of incarceration and a fine range of $2,000-$20,000. U.S.S.G. §5E1.2(c). This range is

---

[1] Undersigned counsel discussed this request with government counsel, who opposes immediate sentencing.

1

calculated as follows:

| | |
|---|---|
| Offense Level | U.S.S.G §2B1.5 — Base Level Offense = 8 |
| | U.S.S.G §2B1.5(b)(1) — Damage greater than $250 = 1 |
| | U.S.S.G §2B1.5(b)(2) — A national monument = 2 |
| | U.S.S.G §3E1.1(a) — Acceptance of responsibility = -2 |
| | Offense Level Total = 9 |

Estimated Criminal History = I (no past criminal convictions)

Range= 4-10 months (Offense Level Total 9 @ CHC I).

## ARGUMENT

I. <u>Waiver of Presentence Report</u>

Preparation of a PSR is not necessary if the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. 3553, and the court explains its finding on the record. Fed. R. Crim. Pro. 32(c)(1)(A)(ii); *See United States v. Evans*, 459 F.2d 1134, 1136 (D.C. Cir. 1972) (the waiver of a presentence report is not "plainly illegal"); *See United States v. Spadoni*, 435 F.2d 448, 449 (D.C. Cir. 1970) (holding a trial court properly waived probationary report and hearing at defendant's request, when trial judge was familiar with defendant's recent history, including past convictions, drug use, and defendant's occupation).

II. <u>Defendant's Recent History</u>

Mr. Deaton is a forty-four year old man from Bloomington, Indiana with no criminal history. *See* Pre-trial Services Report. He travelled to the District of Columbia shortly before his arrest and continues to reside here. He is unemployed and has been homeless ever since his arrest and subsequent release on pre-trial supervision beginning on September 23, 2022. Mr. Deaton

has suffered from various chronic medical issues for most of his adult life, mainly severe Crohn's disease that has caused him to be unemployed for the last several years.[2]

III.    Basis for Request for Expedited Sentencing

Mr. Deaton requests this Court sentence him immediately following the acceptance of a guilty plea because he believes it is unnecessary and additional court appearances present an undue hardship on him. The Government and the defense have agreed that the estimated guideline range is 4-10 months. Based on this agreement and his personal circumstances, Mr. Deaton does not believe information uncovered in the PSR would alter his sentence. Additionally, because Mr. Deaton is homeless and experiences severe pain associated with his chronic illnesses, traveling to and appearing in court place a significant burden on him. As such, he waives his right to the preparation of a PSR.

### REQUEST FOR EXPEDITED SENTENCING

For the foregoing reasons, Mr. Shaun Deaton respectfully requests that the Court proceed to immediate sentencing following acceptance of his guilty plea.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org

---

[2] Undersigned counsel does have medical records that detail this diagnosis that can be provided upon the court's request.